JOHN DAVIGNON, Respondent, *v.* RACQUETTE RIVER PAPER COMPANY, Appellant, et al., Defendants.

Submitted October 22, 1945; decided October 25, 1945.

*Frank L. Cubley* for motion.
*Patrick J. Tierney* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the Constitution.